**Order entered October 26, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00745-CV

### IN THE INTEREST OF J.L.B., A CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-54975-2014**

### ORDER

On September 16, 2020, the Court informed Janet L. Dugger, Official Court Reporter for the 296th Judicial District Court, that the reporter's record was overdue and directed her to file, within thirty days, the record, written verification no hearings were recorded, or written verification appellant had not requested the record. To date, Ms. Dugger has not complied. Accordingly, we **ORDER** Ms. Dugger to file the reporter's record or requested verification **no later than November 9, 2020**.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dugger and the parties.

/s/     BILL WHITEHILL
JUSTICE